JOSEPHINE A. CHEEVER, Respondent, *v.* SCOTTISH UNION AND NATIONAL INSURANCE COMPANY OF EDINBURGH, Appellant.

*Cheever* v. *Scottish Union & N. Ins. Co.*, 86 App. Div. 331, affirmed.
(Argued January 20, 1905; decided February 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 4, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Donald McLean* for appellant.

*Hugo Wintner* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

MICHAEL RILEY, Respondent, *v.* THE TOWN OF CUBA, Appellant.

*Riley* v. *Town of Cuba*, 87 App. Div. 622, affirmed.
(Argued January 20, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 11, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*J. C. Leggett* for appellant.

*W. J. Wetherbee* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.